UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANTONIO RAFAEL ACOSTA CEDENO,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE et al.,<br><br>Respondents. | Civil No. 25-13193-LTS |

JUDGMENT

November 17, 2025

SOROKIN, J.

Pursuant to the Court's Order dated November 5, 2025 (Doc. No. 12), the Petition for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described.

All parties shall bear their own fees and costs.

SO ORDERED.

/s/ Leo T. Sorokin
United States District Judge